■ JOSEPH S. KAMING, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 61892.)—Appeal from an order of the Court of Claims, entered January 4, 1979, which granted the State's motion to dismiss the claim upon the ground that it fails to state a cause of action, pursuant to CPLR 3211 (subd [a], par 7) and granted claimant leave to replead in accordance with the attendant decision. Order affirmed, without costs. (See Cunningham v State of New York, 71 AD2d 181.) Sweeney, J. P., Kane, Staley, Jr., Main and Herlihy, JJ., concur.